# EXHIBIT E

大成 DENTONS

**Panagiota Dafniotis**
Partner & National Lead, Intellectual Property
panagiota.dafniotis@dentons.com
D +1 514 878 8878

Dentons Canada LLP
1, Place Ville Marie, Suite 3900
Montréal, QC, Canada H3B 4M7

dentons.com

March 15, 2024 529419-297

**VIA EMAIL:** blabutta@panitchlaw.com

**WITHOUT PREJUDICE**

Bridget H. Labutta
Panitch Schwarze Intellectual Property Law
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
United States

Dear Ms. Labutta:

Re: Alleged Unauthorized Use of Copyright Material

We write to you in response to your letter dated February 23 to our client Arcadis IBI Group ("**Arcadis**") regarding the alleged unauthorized use of copyrighted material. We have considered the contents of your letter and discussed with our client.

As your client will know, Arcadis has extensive experience providing Intelligent Transportation and Traveler Information Systems and has been involved in the design and operation of such projects for over 35 years. Arcadis is well recognized for its best in class and proprietary offerings and innovation in this space and any offerings that Arcadis may have in association with the PenDOT RFP are a direct result of the foregoing.

Further, our client denies any of the allegations your client has made regarding the unauthorized use and reproduction of the IRIS program described in your letter. While your client may have proprietary rights to the IRIS program, it certainly does not have any such rights with reference to the concept of developing a system and program that allows for establishing direct two-way communications with customers during road closures or other emergencies. Your client's allegations in that regard are without merit.

With reference to the proposal submitted by our client in response to an RFP issued by PennDOT, our client's submission was made in accordance and in compliance with the RFP proposal requirements and has not and does not intend to make any use of any related images or designs that may have been part of such RFP proposal requirements.

While Arcadis denies any infringement of your client's rights, in order to amicably resolve this matter, Arcadis confirms that it has no intention to use or reproduce any of ILOG's proprietary work, and any

DENTONS

**Panagiota Dafniotis**
Partner & National Lead, Intellectual Property
panagiota.dafniotis@dentons.com
D +1 514 878 8878

Dentons Canada LLP
1, Place Ville Marie, Suite 3900
Montréal, QC, Canada H3B 4M7
dentons.com

images that may have been part of the PennDOT RFP proposal requirements process, do not and will not appear in any of Arcadis materials or offerings.

We trust that this satisfies your clients concerns.

Very truly yours,

Dentons Canada LLP

Panagiota Dafniotis

Panagiota Dafniotis
Partner & National Lead, Intellectual Property
PD/jm