IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFORMATION LOGISTICS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ARCADIS IBI GROUP (US) LLC and ARCADIS PROFESSIONAL SERVICES (USA) INC. <br><br>    Defendants. | C.A. No. 2:24-cv-03610-GAM |

## NOTICE OF SERVICE

I hereby certify that, on October 31, 2024, Plaintiff's first production of documents (Bates range ILOG000001–ILOG000916) was served upon Defendants' counsel of record by electronic mail:

Domingo M. Llagostera
**(domingo.llagostera@blankrome.com)**
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002

Heidi Grace Crikelair
**(heidi.crikelair@blankrome.com)**
James G. Gorman III
**(james.gorman@blankrome.com)**
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

Dated: October 31, 2024

*/s/ John D. Simmons*
John D. Simmons (ID 202405)
Ava E. Lutz (ID 332553)
Steven D. Lustig (*pro hac vice* to be filed)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 965-1268
jsimmons@panitchlaw.com
alutz@panitchlaw.com
slustig@panitchlaw.com

*Attorneys for Plaintiff Information Logistics, Inc.*